# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DOUGLAS EUGENE CAUSEY                                               PETITIONER

v.                              4:20-cv-01472-BRW-JJV

PULASKI COUNTY DETENTION CENTER                                    RESPONDENT

## ORDER

Petitioner filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1.)  However, he has neither paid the statutory $5.00 filing fee nor requested *in forma pauperis* status.  An inmate seeking *in forma pauperis* status must submit 1) an Application to Proceed in District Court Without Prepaying Fees or Costs; 2) a Calculation of Initial Payment of Filing Fees sheet, **prepared and signed** by an authorized officer of the prison or detention facility; and 3) "a certified copy of the trust fund account statement for the prisoner for the 6-month period immediately preceding the filing of the complaint obtained from the appropriate official" of the facility where the inmate is confined.  28 U.S.C. § 1915(b).

IT IS, THEREFORE, ORDERED that:

1. The Clerk shall mail to Petitioner an Application to Proceed Without Prepayment of Fees and Affidavit with a Prisoner Trust Fund Calculation Sheet.

2. If Petitioner wishes to proceed with this action, he must, within thirty (30) days of the date of this Order, either (1) pay the $5.00 statutory filing fee in full; or (2) file a properly completed Application to Proceed Without Prepayment of Fees and Affidavit with a Prisoner Trust Fund Calculation Sheet.[1]  Failure to timely and properly comply with this Order may result in

---

[1] The Prisoner Trust Fund Calculation Sheet must be prepared and signed by an authorized officer at the incarcerating facility.

dismissal of this action without prejudice, pursuant to Local Rule 5.5(c)(2).[2]

DATED this 21st day of December 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[2] Local Rule 5.5(c)(2) provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."