# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DOUGLAS EUGENE CAUSEY                                                                         PETITIONER

v.                                                    4:20CV01472-BRW

STATE OF ARKANSAS                                                                             RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Causey's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

2. A certificate of appealability will not be issued.

SO ORDERED this 23rd day of February, 2021.

                                             Billy Roy Wilson_____
                                             UNITED STATES DISTRICT JUDGE