# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DOUGLAS EUGENE CAUSEY                                                      PETITIONER

v.                                         4:20CV01472-BRW

GENE BEASLEY, Warden                                                       RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 23rd day of February, 2021.

                                        Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE